IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. KEEL, | 1:99-cv-06720-AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE A SECOND AMENDED COMPLAINT |
| vs. | |
| RICHARD E. EARLY, et al., | (DOCUMENT #74) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to his second amended complaint.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          **/s/  William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE