IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


KENNETH KEEL,

        Plaintiff,        1: 99 CV 6720 AWI WMW PC

    vs.                ORDER RE MOTION (DOC 78)


RICHARD EARLY, et al.,

        Defendants.


     Plaintiff has filed a motion for extension of time in which to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   April 9, 2009**              **/s/  William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE

1