1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

| | |
|---|---|
| KENNETH KEEL, | 1:99 cv 06720 AWI YNP SMS (PC) |
|         Plaintiff, | ORDER RE: FINDINGS & RECOMMENDATIONS |
|     v. | |
| RICHARD EARLY, et al., | Document # *81* |
|         Defendants. | |

15

16    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

17 referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

18 72-302.

19    On May 29, 2009, findings and recommendations were entered, recommending dismissal

20 of certain claims and defendants.  Plaintiff was provided an opportunity to file objections within

21 thirty days.  Plaintiff has not filed objections to the findings and recommendations.

22    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305,

23 this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

24 the court finds the findings and recommendations to be supported by the record and proper

25 analysis.

26    Accordingly, THE COURT HEREBY ORDERS that:

27    1.  The Findings and Recommendations issued by the Magistrate Judge on May 29, 2009,

28 are adopted in full; and

2.  Plaintiff's claims regarding the prison grievance process and retaliation are dismissed. Defendants Early, Torbik, Melching, Brown, Flores, Mekemson, DiGiovanna, Paz-Gelacia, Fields, Edgar, Padilla and Rich are dismissed.


IT IS SO ORDERED.

**Dated:    July 29, 2009**                              _____/s/ Anthony W. Ishii_____
                                                              CHIEF UNITED STATES DISTRICT JUDGE