**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
GRAJEDA and YSLAVA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH G. KEEL, ) | CASE NO: 1:99-CV-06720-AWI-YNP SMS |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL OF DEFENDANT GRAJEDA WITH PREJUDICE** |
| v. ) | |
| RICHARD E. EARLY, et al., ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the plaintiff and the defendants to this action through their designated counsel, that defendant GRAJEDA, only, be dismissed from this action with prejudice. Each side to bear its own costs and attorneys fees.

Dated: 1/10/09 [sic]      /s/ *"Kenneth Keel" (original retained by counsel)*
              KENNETH G. KEEL, plaintiff in pro se


                   WILLIAMS & ASSOCIATES
Dated: 1/15/10

              By: */s/ Kathleen J. Williams*
                   KATHLEEN J. WILLIAMS, CSB 127021
                   Attorneys for defendants GRAJEDA and
                   YSLAVA

IT IS SO ORDERED.

**Dated:    January 19, 2010**              **/s/ Anthony W. Ishii**
                   CHIEF UNITED STATES DISTRICT JUDGE

*Keel v. Early, et al.* [1:99-CV-06720]/Stipulation of Dismissal of Grajeda                   Page 1